**OPINION ON REHEARING**

**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

JEFFREY DWAYNE ROGERS,
                    *Petitioner-Appellant,*

v.

MARTIN McDADE, Superintendent;
NORTH CAROLINA DEPARTMENT OF
CORRECTION,
                    *Respondents-Appellees.*

No. 00-7823

Appeal from the United States District Court
for the Western District of North Carolina, at Statesville.
Graham C. Mullen, Chief District Judge.
(CA-96-15-4-MU)

Submitted: September 28, 2001

Decided: April 3, 2002

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**COUNSEL**

Jeffrey Dwayne Rogers, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Jeffrey Dwayne Rogers seeks to appeal the district court's order granting summary judgment to Respondents and denying his petition under 28 U.S.C. § 2254 (West 1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We grant Respondents' petition for rehearing but deny rehearing en banc. Upon our review, we find insufficient evidence that the State's factfinding was deficient in some significant respect. *See Fitzgerald v. Greene*, 150 F.3d 357, 369 (4th Cir. 1998). Accordingly, we affirm based on the reasoning of the district court. *Rogers v. McDade*, No. CA-96-15-4-MU (W.D.N.C. filed Nov. 27, 2000; entered Nov. 30, 2000); *see North Carolina v. Rogers*, File No. 93 CRS 7128, 7129 (Sup. Ct. Wilkes County June 12, 1995).

We note that the district court granted Rogers' request for a certificate of appealability. However, such a certificate is not necessary because this § 2254 petition was filed prior to the enactment of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. *See Lindh v. Murphy*, 521 U.S. 320, 336 (1997); *Mueller v. Angelone*, 181 F.3d 557, 565-66, (4th Cir.), *cert. denied*, 527 U.S. 1065 (1999). To the extent it is necessary, we grant a certificate of probable cause. *See* 28 U.S.C. § 2253 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*